| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Koschik, Alan M. | 2. Court or Organization<br><br>United States Bankruptcy Court, Northern District of Ohio | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

John F. Seiberling Federal Building and United States Courthouse
2 South Main Street, Room 240
Akron, Ohio 44308

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000-2015 | Brouse McDowell -- employer sponsored 401(k) retirement plan and profit sharing plan; Will soon be rolled over to IRA. No future contributions. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Kindermusik of Cleveland, Hourly Wages |
| 2. 2016 | Solon Board of Education, Hourly Wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Akron Bar Association and Stark County Bar Association | 04/8/2016 | Hartville, Ohio | Attend White-Williams Bankruptcy Seminar | Registration Fee and Materials, and Lunch |
| 2. | Cleveland Metropolitan Bar Association | 06/01/2016 to 06/02/2016 | Cleveland, Ohio | Attend William J. O'Neill Bankruptcy Institute | Registration Fee and Materials, Lunches, and Speaker Dinner |
| 3. | Federal Bar Association | 09/15/2016 to 09/16/2016 | Cleveland, Ohio | Attend Federal Bar Association National Conference | Registration Fee and Materials, Lunches, Dinner (with spouse) |
| 4. | National Conference of Bankruptcy Judges | 10/25/2016 to 10/29/2016 | San Francisco, California | partial reimbursement for lodging during annual NCBJ Conference | two (2) nights lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | AAA Financial Services | Revolving Credit Card | K |
| 2. | Chase Bank | Revolving Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STRS Russell 2000 Index Fund | | None | J | T | | | | | |
| 2. STRS Large Cap Core Fund | | None | J | T | | | | | |
| 3. OPERS Large Cap Index Fund | | None | J | T | | | | | |
| 4. OPERS Small Cap Index Fund | | None | J | T | | | | | |
| 5. T. Rowe Price Equity Income Fund | | None | | | Redeemed | 11/30/16 | M | | To MFS Value R5 |
| 6. American Funds Growth Fund of America | | None | | | Redeemed | 11/30/16 | M | | To Lg Cap G/Jennison Fund |
| 7. American Century Heritage Fund | | None | | | Redeemed | 11/30/16 | M | | To MassMutual Select Mid C |
| 8. Federated Total Return Government Bond Fund | | None | | | Redeemed | 11/30/16 | K | | To Metro West Total Return |
| 9. PIMCO Total Return Fund | | None | | | Redeemed | 11/30/16 | K | | To Metro West Total Return |
| 10. MFS Value R5 | | None | M | T | Buy | 11/30/16 | M | | Fr T.Rowe Price Equity Inc |
| 11. Large Cap Growth/Jennison Fund | | None | M | T | Buy | 11/30/16 | M | | Fr Am Funds Growth Fund |
| 12. MassMutual Select Mid Cap Growth Equity II | | None | M | T | Buy | 11/30/16 | M | | Fr Fed Total Ret & PIMCO |
| 13. Metropolitan West Total Return Bond Plan | | None | L | T | Buy | 11/30/16 | L | | |
| 14. Oppenheimer Equity Fund C | A | Dividend | K | T | | | | | |
| 15. Oppenheimer Main Street Mid Cap Fund C | A | Dividend | K | T | | | | | |
| 16. Oppenheimer Main Street Fund C | A | Dividend | K | T | | | | | |
| 17. Oppenheimer Main Street Select Fund C | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer International Growth Fund C | A | Dividend | K | T | | | | | |
| 19. Oppenheimer Global Opportunities Fund C | B | Dividend | K | T | | | | | |
| 20. Oppenheimer Capital Income Fund C | A | Dividend | K | T | | | | | |
| 21. Oppenheimer Global Allocation Fund C | A | Dividend | J | T | | | | | |
| 22. NY Life MSVP Cornerstone Growth Fund | | None | K | T | | | | | |
| 23. NY Life ICAP Select Equity Fund | | None | K | T | | | | | |
| 24. NY Life VP Eagle Small Cap Int Cl Fund | | None | K | T | | | | | |
| 25. American Fund Money Market 529C | | None | J | T | Sold (part) | 01/11/16 | J | C | Liquidated for college exp |
| 26. | | | | | Sold (part) | 09/23/16 | J | A | Liquidated for college exp |
| 27. Thrivent Financial for Lutherans Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 28. Key Bank, N.A., Cash Accounts | A | Interest | J | T | | | | | |
| 29. Galler SB, LLC | | None | M | W | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koschik, Alan M. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section VII, all of the items listed as Nos. 1-26 are funds in tax deferred retirement accounts (including 401(k) and 401(a) plans and rollover IRAs) or college 529 accounts. The income reported includes all income (dividend, interest, etc.) actually reported to me in the quarterly and annual statements I received. I assume that the remainder of the changes in value, including in those funds for which income is identified as "none," is from value appreciation (or depreciation) of the market value of the underlying investments. In a few instances, LT and ST capital gain figures were separately reported to me. I have included those amounts as income (although I included them as "dividends" since there is not option to select "capital gains"). To the extent other portions of the change in value could be attributed to some form of income, as opposed to market appreciation, those amounts have not been reported to me. This comment is intended to address the Committee's letter to me dated February 3, 2015, regarding my initial financial disclosure dated December 15, 2014. That letter noted that "all income is reportable, whether taxable, tax deferred, or tax exempt. . . . the amount of the dividends reinvested must be listed as income on your report. You may want to refer to pages 45 and 46 of the filing instructions." I have carefully reviewed the instructions, as I had before preparing my initial disclosure. As I did with my initial disclosure, this annual disclosure includes all income that has been reported to me.

The items in Item Nos. 5-9 in Section VII were rolled over on or about November 30, 2016, and reinvested in the fund listed as Item Nos. 10-13. This was done when former employer, Brouse McDowell, changed the administrator of its retirement plans from Huntington Bank, successor by merger to First Merit Bank, to Prudential. Item No. 5 was rolled into Item No. 10; Item No. 6 was rolled into Item No. 11; Item No. 7 was rolled into Item No. 12; and Item Nos. 8-9 were consolidated and rolled into Item No. 13.

The items listed at Nos. 28 and 29 (Key Bank cash accounts and wife's interest in Galler SB, LLC) appear for the first time in this report because they were overlooked in prior reports. Their value range was similar at the end of each of my prior reporting periods. My wife holds a 25 percent membership interest, identical to those of each of her three siblings, in Galler SB, LLC, a family limited liability company that holds title to a vacation home. The LLC was set up in early 2015 and each sibling, including my wife, transferred their respective 1/4 undivided share in the real estate into the LLC at that time. Therefore, my report for 2015 should have included this identical item. My report for 2014 should have reported my wife's 1/4 undivided share of the real estate, which is located in Suttons Bay, Michigan. Please accept this as my amendment to my prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan M. Koschik**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544